**Fill in this information to identify the case:**

United States Bankruptcy Court for the <u>Southern District of Texas</u>

Case number (*if known*): _____ Chapter <u>11</u>

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | Brookfield Square Anchor S, LLC |

| | |
|---|---|
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | N/A |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number** (EIN) | N/A |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 2030    Hamilton Place Blvd.<br>Number    Street | Number    Street |
| CBL Center, Suite 500 | P.O. Box |
| Chattanooga    Tennessee    37421<br>City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Hamilton County<br>County | 95    N. Moorland Road<br>Number    Street |
| | Brookfield    Wisconsin    53005<br>City    State    ZIP Code |

5. **Debtor's website** (URL)    www.cblproperties.com

6. **Type of debtor**    ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other.  Specify: _____

Debtor     Brookfield Square Anchor S, LLC                                          Case number (if known)   21-_____ ( )
_____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax- exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
5311 – Lessors of Real Estate

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1). Its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000 **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes     District _____   When _____   Case number _____
                                              MM/ DD/ YYYY

          District _____   When _____   Case number _____
                                              MM / DD/ YYYY

| Debtor | Brookfield Square Anchor S, LLC | Case number (if known) | 21-_____ ( ___ ) |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes

| Debtor | See Schedule 1 | Relationship | See Schedule 1 |
|---|---|---|---|
| District | Southern District of Texas | When | See Schedule 1 |
| Case number, if known | | | MM / DD/ YYYY |

**11. Why is the case filed in this district?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.  Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
| | Number | Street |
|---|---|---|

| _____ | _____ | _____ |
| City | State | ZIP Code |

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact Name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

Debtor    Brookfield Square Anchor S, LLC       Case number (if known)   21-_____ ( _____ )
      Name

| **15. Estimated assets** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☒ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☒ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** – Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. | Declaration and signature of authorized representative of debtor | ▪ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|---|

▪ I have been authorized to file this petition on behalf of the debtor.

▪ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   October 18, 2021
      MM / DD / YYYY

✖   /s/ Jeffery V. Curry       Jeffery V. Curry
Signature of authorized representative of debtor       Printed name

Chief Legal Officer and Secretary
Title

**18. Signature of attorney**

✖   /s/ Alfredo R. Pérez       Date   October 18, 2021
Signature of attorney for debtor       MM / DD / YYYY

Alfredo R. Pérez       Ray C. Schrock, P.C.
Printed Name

Weil, Gotshal & Manges LLP       Weil, Gotshal & Manges LLP
Firm Name

700 Louisiana, Suite 1700       767 Fifth Avenue
Address

Houston, Texas 77002       New York, New York 10153
City/State/Zip

(713) 546-5000       (212) 310-8000
Contact Phone

alfredo.perez@weil.com       ray.schrock@weil.com
Email Address

15776275       Texas
Bar Number       State

## Schedule 1

## Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On October 18, 2021, the affiliated entity listed below filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Texas.  A motion will be filed with the Court requesting that the chapter 11 cases of this debtor and the affiliated entities identified below be consolidated for procedural purposes only and jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure with the Initial Debtors Cases (as hereinafter defined).

| COMPANY | CASE NUMBER |
|---------|-------------|
| Brookfield Square Anchor S, LLC | 21-_____ (    ) |

On November 13, 2020, the affiliated entity listed below filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Texas.  The Supplemental Debtor Case has been consolidated for procedural purposes only and is being jointly administered under **CBL & Associates Properties, Inc. Case No. 20-35226 (DRJ)**.

| COMPANY | CASE NUMBER |
|---------|-------------|
| CBL/Regency I, LLC | 20-35560 (DRJ) |

Beginning on November 1, 2020, each of the affiliated entities listed below (collectively, the "**Debtors**") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Texas (the "**Initial Debtors Cases**"). The Initial Debtors Cases have been consolidated for procedural purposes only and are being jointly administered under **CBL & Associates Properties, Inc. Case No. 20-35226 (DRJ)**.

| COMPANY | CASE NUMBER |
|---------|-------------|
| CBL/Sunrise Commons, L.P. | 20-35225 (DRJ) |
| CBL & Associates Properties, Inc. | 20-35226 (DRJ) |
| CBL Holdings I, Inc. | 20-35227 (DRJ) |
| CBL Holdings II, Inc. | 20-35228 (DRJ) |
| CBL & Associates Limited Partnership | 20-35229 (DRJ) |
| CBL & Associates Management, Inc. | 20-35230 (DRJ) |
| Akron Mall Land, LLC | 20-35267 (DRJ) |
| Alamance Crossing II, LLC | 20-35268 (DRJ) |
| Alamance Crossing, LLC | 20-35269 (DRJ) |
| APWM, LLC | 20-35270 (DRJ) |
| Arbor Place Limited Partnership | 20-35231 (DRJ) |

| COMPANY | CASE NUMBER |
|---|---|
| Asheville, LLC | 20-35271 (DRJ) |
| Brookfield Square Joint Venture | 20-35272 (DRJ) |
| Brookfield Square Parcel, LLC | 20-35273 (DRJ) |
| CBL Eagle Point Member, LLC | 20-35274 (DRJ) |
| CBL HP Hotel Member, LLC | 20-35275 (DRJ) |
| CBL RM-Waco, LLC | 20-35232 (DRJ) |
| CBL SM-Brownsville, LLC | 20-35233 (DRJ) |
| CBL Statesboro Member, LLC | 20-35276 (DRJ) |
| CBL Walden Park, LLC | 20-35277 (DRJ) |
| CBL/Brookfield I, LLC | 20-35278 (DRJ) |
| CBL/Brookfield II, LLC | 20-35279 (DRJ) |
| CBL/Cherryvale I, LLC | 20-35282 (DRJ) |
| CBL/Citadel I, LLC | 20-35283 (DRJ) |
| CBL/Citadel II, LLC | 20-35284 (DRJ) |
| CBL/EastGate I, LLC | 20-35285 (DRJ) |
| CBL/EastGate II, LLC | 20-35286 (DRJ) |
| CBL/EastGate Mall, LLC | 20-35287 (DRJ) |
| CBL/Fayette I, LLC | 20-35288 (DRJ) |
| CBL/Fayette II, LLC | 20-35295 (DRJ) |
| CBL/GP Cary, Inc. | 20-35296 (DRJ) |
| CBL/GP II, Inc. | 20-35307 (DRJ) |
| CBL/GP V, Inc. | 20-35309 (DRJ) |
| CBL/GP VI, Inc. | 20-35311 (DRJ) |
| CBL/GP, Inc. | 20-35314 (DRJ) |
| CBL/Gulf Coast, LLC | 20-35316 (DRJ) |
| CBL/Imperial Valley GP, LLC | 20-35234 (DRJ) |
| CBL/J I, LLC | 20-35318 (DRJ) |
| CBL/J II, LLC | 20-35320 (DRJ) |
| CBL/Kirkwood Mall, LLC | 20-35235 (DRJ) |
| CBL/Madison I, LLC | 20-35236 (DRJ) |
| CBL/Monroeville Expansion I, LLC | 20-35321 (DRJ) |
| CBL/Monroeville Expansion II, LLC | 20-35324 (DRJ) |
| CBL/Monroeville Expansion III, LLC | 20-35326 (DRJ) |
| CBL/Monroeville Expansion Partner, L.P. | 20-35280 (DRJ) |
| CBL/Monroeville Expansion, L.P. | 20-35289 (DRJ) |
| CBL/Monroeville I, LLC | 20-35291 (DRJ) |
| CBL/Monroeville II, LLC | 20-35292 (DRJ) |
| CBL/Monroeville III, LLC | 20-35293 (DRJ) |

WEIL:\98193548\5\32626.0004

| COMPANY | CASE NUMBER |
|---|---|
| CBL/Monroeville Partner, L.P. | 20-35298 (DRJ) |
| CBL/Monroeville, L.P. | 20-35299 (DRJ) |
| CBL/Nashua Limited Partnership | 20-35300 (DRJ) |
| CBL/Old Hickory I, LLC | 20-35301 (DRJ) |
| CBL/Old Hickory II, LLC | 20-35302 (DRJ) |
| CBL/Parkdale Crossing GP, LLC | 20-35303 (DRJ) |
| CBL/Parkdale Crossing, L.P. | 20-35304 (DRJ) |
| CBL/Parkdale Mall GP, LLC | 20-35305 (DRJ) |
| CBL/Parkdale, LLC | 20-35306 (DRJ) |
| CBL/Penn Investments, LLC | 20-35310 (DRJ) |
| CBL/Richland G.P., LLC | 20-35237 (DRJ) |
| CBL/Sunrise Commons GP, LLC | 20-35312 (DRJ) |
| CBL/Sunrise GP, LLC | 20-35238 (DRJ) |
| CBL/Sunrise Land, LLC | 20-35313 (DRJ) |
| CBL/Sunrise XS Land, L.P. | 20-35315 (DRJ) |
| CBL/Westmoreland I, LLC | 20-35239 (DRJ) |
| CBL/Westmoreland II, LLC | 20-35240 (DRJ) |
| CBL/Westmoreland, L.P. | 20-35241 (DRJ) |
| CBL-840 GC, LLC | 20-35317 (DRJ) |
| Charleston Joint Venture | 20-35319 (DRJ) |
| Cherryvale Mall, LLC | 20-35242 (DRJ) |
| Coolsprings Crossing Limited Partnership | 20-35322 (DRJ) |
| Cross Creek Anchor S GP, LLC | 20-35323 (DRJ) |
| Cross Creek Anchor S, LP | 20-35325 (DRJ) |
| CW Joint Venture, LLC | 20-35243 (DRJ) |
| Dakota Square Mall CMBS, LLC | 20-35328 (DRJ) |
| Development Options, Inc. | 20-35330 (DRJ) |
| D'Iberville CBL Land, LLC | 20-35327 (DRJ) |
| Dunite Acquisitions, LLC | 20-35333 (DRJ) |
| East Towne Parcel I, LLC | 20-35335 (DRJ) |
| EastGate Anchor S, LLC | 20-35336 (DRJ) |
| EastGate Company | 20-35339 (DRJ) |
| Eastland Anchor M, LLC | 20-35341 (DRJ) |
| Eastland Holding I, LLC | 20-35343 (DRJ) |
| Eastland Holding II, LLC | 20-35345 (DRJ) |
| Eastland Mall, LLC | 20-35347 (DRJ) |
| Eastland Member, LLC | 20-35348 (DRJ) |
| Fayette Middle Anchor, LLC | 20-35350 (DRJ) |

| COMPANY | CASE NUMBER |
|---|---|
| Fayette Plaza CMBS, LLC | 20-35334 (DRJ) |
| Frontier Mall Associates Limited Partnership | 20-35244 (DRJ) |
| GCTC Peripheral IV, LLC | 20-35337 (DRJ) |
| Gunbarrel Commons, LLC | 20-35338 (DRJ) |
| Hamilton Place Anchor S, LLC | 20-35342 (DRJ) |
| Hammock Landing/West Melbourne, LLC | 20-35344 (DRJ) |
| Hanes Mall Parcels, LLC | 20-35346 (DRJ) |
| Harford Mall Business Trust | 20-35349 (DRJ) |
| Henderson Square Limited Partnership | 20-35351 (DRJ) |
| Hickory Point Outparcels, LLC | 20-35352 (DRJ) |
| Hixson Mall, LLC | 20-35245 (DRJ) |
| Imperial Valley Commons, L.P. | 20-35357 (DRJ) |
| Imperial Valley Mall GP, LLC | 20-35246 (DRJ) |
| Imperial Valley Mall II, L.P. | 20-35247 (DRJ) |
| Imperial Valley Mall, L.P. | 20-35248 (DRJ) |
| Imperial Valley Peripheral L.P. | 20-35358 (DRJ) |
| IV Commons, LLC | 20-35361 (DRJ) |
| IV Outparcels, LLC | 20-35364 (DRJ) |
| Jefferson Anchor M, LLC | 20-35367 (DRJ) |
| Jefferson Anchor S, LLC | 20-35369 (DRJ) |
| Jefferson Mall Company II, LLC | 20-35359 (DRJ) |
| JG Gulf Coast Town Center LLC | 20-35360 (DRJ) |
| JG Winston-Salem, LLC | 20-35249 (DRJ) |
| Kirkwood Mall Acquisition LLC | 20-35251 (DRJ) |
| Kirkwood Mall Mezz LLC | 20-35250 (DRJ) |
| Laurel Park Retail Holding LLC | 20-35362 (DRJ) |
| Laurel Park Retail Properties LLC | 20-35363 (DRJ) |
| Layton Hills Mall CMBS, LLC | 20-35252 (DRJ) |
| Lexington Joint Venture | 20-35365 (DRJ) |
| LHM-Utah, LLC | 20-35370 (DRJ) |
| Madison Joint Venture, LLC | 20-35254 (DRJ) |
| Madison/East Towne, LLC | 20-35256 (DRJ) |
| Madison/West Towne, LLC | 20-35257 (DRJ) |
| Mall del Norte, LLC | 20-35258 (DRJ) |
| Mayfaire GP, LLC | 20-35253 (DRJ) |
| Mayfaire Town Center, LP | 20-35255 (DRJ) |
| MDN/Laredo GP, LLC | 20-35259 (DRJ) |

WEIL:\98193548\5\32626.0004

| COMPANY | CASE NUMBER |
|---|---|
| Meridian Mall Limited Partnership | 20-35373 (DRJ) |
| Mid Rivers Land LLC | 20-35374 (DRJ) |
| Mid Rivers Mall CMBS, LLC | 20-35375 (DRJ) |
| Monroeville Anchor Limited Partnership | 20-35376 (DRJ) |
| Montgomery Partners, L.P. | 20-35378 (DRJ) |
| Mortgage Holdings, LLC | 20-35261 (DRJ) |
| Multi-GP Holdings, LLC | 20-35265 (DRJ) |
| North Charleston Joint Venture II, LLC | 20-35379 (DRJ) |
| Northgate SAC, LLC | 20-35382 (DRJ) |
| Northpark Mall/Joplin, LLC | 20-35384 (DRJ) |
| Old Hickory Mall Venture | 20-35387 (DRJ) |
| Old Hickory Mall Venture II, LLC | 20-35388 (DRJ) |
| Parkdale Anchor M, LLC | 20-35389 (DRJ) |
| Parkdale Crossing Limited Partnership | 20-35390 (DRJ) |
| Parkdale Mall Associates, L.P. | 20-35391 (DRJ) |
| Parkdale Mall, LLC | 20-35394 (DRJ) |
| Parkway Place Limited Partnership | 20-35395 (DRJ) |
| Parkway Place SPE, LLC | 20-35398 (DRJ) |
| Pearland Ground, LLC | 20-35266 (DRJ) |
| Pearland Town Center GP, LLC | 20-35264 (DRJ) |
| Pearland Town Center Limited Partnership | 20-35260 (DRJ) |
| Pearland-OP Parcel 8, LLC | 20-35401 (DRJ) |
| POM-College Station, LLC | 20-35262 (DRJ) |
| Port Orange Holdings II, LLC | 20-35404 (DRJ) |
| Seacoast Shopping Center Limited Partnership | 20-35408 (DRJ) |
| Shoppes at St. Clair CMBS, LLC | 20-35396 (DRJ) |
| South County Shoppingtown LLC | 20-35400 (DRJ) |
| Southaven Town Center, LLC | 20-35402 (DRJ) |
| Southaven Towne Center II, LLC | 20-35406 (DRJ) |
| Southpark Mall, LLC | 20-35413 (DRJ) |
| Southpark Mall-DSG, LLC | 20-35416 (DRJ) |
| St. Clair Square GP I, LLC | 20-35417 (DRJ) |
| St. Clair Square Limited Partnership | 20-35419 (DRJ) |
| St. Clair Square SPE, LLC | 20-35421 (DRJ) |
| Stroud Mall, LLC | 20-35405 (DRJ) |
| Tenn-GP Holdings, LLC | 20-35410 (DRJ) |
| The Courtyard at Hickory Hollow Limited Partnership | 20-35415 (DRJ) |

| COMPANY | CASE NUMBER |
|---|---|
| The Landing at Arbor Place II, LLC | 20-35418 (DRJ) |
| The Pavilion at Port Orange, LLC | 20-35420 (DRJ) |
| TN-Land Parcels, LLC | 20-35422 (DRJ) |
| Turtle Creek Limited Partnership | 20-35263 (DRJ) |
| TX-Land Parcels, LLC | 20-35423 (DRJ) |
| Valley View Mall SPE, LLC | 20-35424 (DRJ) |
| Volusia Mall GP, Inc. | 20-35426 (DRJ) |
| Volusia Mall Limited Partnership | 20-35427 (DRJ) |
| Volusia SAC, LLC | 20-35397 (DRJ) |
| Volusia-OP Peripheral, LLC | 20-35399 (DRJ) |
| West Towne District, LLC | 20-35403 (DRJ) |
| Westgate Crossing Limited Partnership | 20-35407 (DRJ) |
| WestGate Mall II, LLC | 20-35409 (DRJ) |
| WestGate Mall Limited Partnership | 20-35411 (DRJ) |
| WI-Land Parcels, LLC | 20-35412 (DRJ) |
| York Galleria Limited Partnership | 20-35414 (DRJ) |

WEIL:\98193548\5\32626.0004

### ACTION BY
### WRITTEN CONSENT OF
### BOARD OF DIRECTORS OF
### CBL & ASSOCIATES PROPERTIES, INC.
### October 11, 2021

The undersigned, being all the directors of CBL & Associates Properties, Inc., (the "Corporation"), do hereby consent to, adopt and approve, by written consent in accordance with applicable law and the relevant provisions of the governing documents of the Corporation, the following resolutions and each and every action effected thereby:

**WHEREAS**, Brookfield Square Anchor S, LLC (sometimes referred to herein as "Brookfield Anchor S" and sometimes referred to herein as the "Entity"), is a Wisconsin limited liability company that is wholly-owned by CBL & Associates Limited Partnership, a Delaware limited partnership ("Operating Partnership");

**WHEREAS**, the Corporation's wholly-owned subsidiary, CBL Holdings I, Inc., a Delaware corporation (the "Subsidiary"), is the sole general partner of the Operating Partnership;

**WHEREAS**, on November 1, 2020, the Corporation, the Operating Partnership and certain of their affiliates filed petitions with the Bankruptcy Court (as defined below) seeking relief under the provisions of the Bankruptcy Code (as defined below);

**WHEREAS**, the Board of Directors of the Corporation has had the opportunity to consult with the management and the legal and financial advisors of Brookfield Anchor S to fully consider, and has considered, the strategic alternatives available to it; and

**WHEREAS**, the Board of Directors of the Corporation believes that taking the actions set forth below are in the best interests of Brookfield Anchor S and, therefore, desires to approve the following resolutions.

### I.   Commencement of Chapter 11 Case

**NOW, THEREFORE, BE IT RESOLVED**, that the Board of Directors, after due consultation with the management and the legal and financial advisors of Brookfield Anchor S, hereby authorizes the Operating Partnership to consent to a petition to be filed by Brookfield Anchor S and to file such petition on behalf of Brookfield Anchor S seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), which petition may be filed in connection with and as a part

of the Bankruptcy filing of the Corporation (and certain of its subsidiaries, collectively, the "CBL Bankruptcy"), being Case No. 20-35226 in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"); and be it further

**RESOLVED**, that Charles B. Lebovitz, Stephen D. Lebovitz, Michael I. Lebovitz, Farzana Khaleel, Jeffery V. Curry and Katie Reinsmidt (with respect to the Entity, each such person, an "Authorized Person"), in each case, acting singly or jointly, be, and each hereby is, authorized, empowered and directed, with full power of delegation, to negotiate, execute, deliver and file with the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Bankruptcy Court"), in the name and on behalf of the Entity, and under its corporate seal or otherwise, all plans, petitions, schedules, statements, motions, lists, applications, pleadings, papers, affidavits, declarations, orders and other documents (collectively, the "Chapter 11 Filings") (with such changes therein and additions thereto as any such Authorized Person may deem necessary, appropriate or advisable, the execution and delivery of any of the Chapter 11 Filings by any such Authorized Person with any changes thereto to be conclusive evidence that any such Authorized Person deemed such changes to meet such standard); and be it further

**RESOLVED**, that any Authorized Person, in each case, acting singly or jointly, be, and each hereby is, authorized, empowered and directed, with full power of delegation, in the name and on behalf of the Entity, to take and perform any and all further acts and deeds that such Authorized Person deems necessary, appropriate, or desirable in connection with the Entity's chapter 11 case (collectively, the "Chapter 11 Case") or the Chapter 11 Filings, including, without limitation, (i) the payment of fees, expenses and taxes such Authorized Person deems necessary, appropriate, or desirable, and (ii) negotiating, executing, delivering, performing and filing any and all additional documents, schedules, statements, lists, papers, agreements, certificates and/or instruments (or any amendments or modifications thereto) in connection with, or in furtherance of, the Chapter 11 Case with a view to the successful prosecution of the Chapter 11 Case (such acts to be conclusive evidence that such Authorized Person deemed the same to meet such standard); and be it further

## II.   Retention of Advisors

**RESOLVED**, that, in connection with the Chapter 11 Case, any Authorized Person, in each case, acting singly or jointly, be, and each hereby is, authorized, empowered and directed, with full power of delegation, in the name and on behalf of the Entity, to employ and retain all assistance by legal counsel, accountants, financial advisors, investment bankers and other professionals, on behalf of the Entity, that such Authorized Person deems necessary, appropriate or advisable in connection with, or in

furtherance of, the Chapter 11 Case, with a view to the successful prosecution of the Chapter 11 Case (such acts to be conclusive evidence that such Authorized Person deemed the same to meet such standard); and be it further

**RESOLVED**, that the law firm of Weil, Gotshal & Manges LLP, located at 767 Fifth Avenue, New York, New York 10153, is hereby retained as attorneys for the Entity in the Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that the firm of Moelis & Company, located at 399 Park Avenue, 5th Floor, New York, NY 10022, is hereby retained as investment banker for the Entity in the Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that the firm of Berkeley Research Group, LLC, located at 99 High Street, 27th Floor, Boston, MA 02110, is hereby retained as financial advisor for the Entity in the Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that the firm of Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, 12th Floor, New York, New York 10017, is hereby retained as claims agent for the Entity in the Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that any Authorized Person, in each case, acting singly or jointly, be, and each hereby is, authorized, empowered and directed, with full power of delegation, in the name and on behalf of the Entity, to take and perform any and all further acts and deeds, including, without limitation, (i) the payment of any consideration, (ii) the payment of fees, expenses and taxes such Authorized Person deems necessary, appropriate, or desirable, and (iii) negotiating, executing, delivering, performing and filing any and all documents, motions, pleadings, applications, declarations, affidavits, schedules, statements, lists, papers, agreements, certificates and/or instruments (or any amendments or modifications thereto) in connection with the engagement of professionals contemplated by the foregoing resolutions (such acts to be conclusive evidence that such Authorized Person deemed the same to meet such standard); and be it further

## III.    General Authority and Ratification

**RESOLVED**, that any Authorized Person, in each case, acting singly or jointly, be, and each hereby is, authorized, empowered and directed, with full power of delegation, in the name and on behalf of the Entity, to take and perform any and all further acts or deeds, including, but not limited to, (i) the negotiation of such additional agreements, amendments, modifications, supplements, reports, documents,

instruments, applications, notes or certificates that may be required, (ii) the execution, delivery, performance under and filing (if applicable) of any of the foregoing, and (iii) the payment of all fees, consent payments, taxes and other expenses as any such Authorized Person, in his or her sole discretion, may approve or deem necessary, appropriate or desirable in order to carry out the intent and accomplish the purposes of the foregoing resolutions and the transactions contemplated thereby, all of such actions, executions, deliveries, filings and payments to be conclusive evidence of such approval or that such Authorized Person deemed the same to meet such standard; and be it further

**RESOLVED**, that any and all past actions heretofore taken by any Authorized Person in the name and on behalf of the Entity in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed and approved in all respects as the acts and deeds of the Entity.

**IN WITNESS WHEREOF**, the undersigned, being all the members of the Board of Directors of the Corporation, have executed this Action By Written Consent as of the date first above written, and it shall be filed with the minutes of the proceedings of the Board of Directors.

_____
Charles B. Lebovitz

_____
Richard J. Lieb

_____
Stephen D. Lebovitz

_____
Kathleen M. Nelson

_____
A. Larry Chapman

_____
Carolyn B. Tiffany

_____
Matthews S. Dominski

_____
Scott D. Vogel

_____
John D. Griffith

instruments, applications, notes or certificates that may be required, (ii) the execution, delivery, performance under and filing (if applicable) of any of the foregoing, and (iii) the payment of all fees, consent payments, taxes and other expenses as any such Authorized Person, in his or her sole discretion, may approve or deem necessary, appropriate or desirable in order to carry out the intent and accomplish the purposes of the foregoing resolutions and the transactions contemplated thereby, all of such actions, executions, deliveries, filings and payments to be conclusive evidence of such approval or that such Authorized Person deemed the same to meet such standard; and be it further

**RESOLVED**, that any and all past actions heretofore taken by any Authorized Person in the name and on behalf of the Entity in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed and approved in all respects as the acts and deeds of the Entity.

**IN WITNESS WHEREOF**, the undersigned, being all the members of the Board of Directors of the Corporation, have executed this Action By Written Consent as of the date first above written, and it shall be filed with the minutes of the proceedings of the Board of Directors.

_____
Charles B. Lebovitz

_____
Stephen D. Lebovitz

_____
A. Larry Chapman

_____
Matthews S. Dominski

_____
John D. Griffith

_____
Richard J. Lieb

_____
Kathleen M. Nelson

_____
Carolyn B. Tiffany

_____
Scott D. Vogel

instruments, applications, notes or certificates that may be required; (ii) the execution, delivery, performance under and filing (if applicable) of any of the foregoing; and (iii) the payment of all fees, consent payments, taxes and other expenses as any such Authorized Person, in his or her sole discretion, may approve or deem necessary, appropriate or desirable in order to carry out the intent and accomplish the purposes of the foregoing resolutions and the transactions contemplated thereby, all of such actions, executions, deliveries, filings and payments to be conclusive evidence of such approval or that such Authorized Person deemed the same to meet such standard; and be it further

RESOLVED, that any and all past actions heretofore taken by any Authorized Person in the name and on behalf of the Entity in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed and approved in all respects as the acts and deeds of the Entity.

IN WITNESS WHEREOF, the undersigned, being all the members of the Board of Directors of the Corporation, have executed this Action By Written Consent as of the date first above written, and it shall be filed with the minutes of the proceedings of the Board of Directors.


Charles B. Lebovitz                          Richard J. Lieb


Stephen D. Lebovitz                          Kathleen M. Nelson


A. Larry Chapman                             Carolyn B. Tiffany


Matthews S. Dominski                         Scott D. Vogel


John D. Griffith

instruments, applications, notes or certificates that may be required, (ii) the execution, delivery, performance under and filing (if applicable) of any of the foregoing, and (iii) the payment of all fees, consent payments, taxes and other expenses as any such Authorized Person, in his or her sole discretion, may approve or deem necessary, appropriate or desirable in order to carry out the intent and accomplish the purposes of the foregoing resolutions and the transactions contemplated thereby, all of such actions, executions, deliveries, filings and payments to be conclusive evidence of such approval or that such Authorized Person deemed the same to meet such standard; and be it further

RESOLVED, that any and all past actions heretofore taken by any Authorized Person in the name and on behalf of the Entity in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed and approved in all respects as the acts and deeds of the Entity.

IN WITNESS WHEREOF, the undersigned, being all the members of the Board of Directors of the Corporation, have executed this Action By Written Consent as of the date first above written, and it shall be filed with the minutes of the proceedings of the Board of Directors.

_____
Charles B. Lebovitz

_____
Richard J. Lieb

_____
Stephen D. Lebovitz

_____
Kathleen M. Nelson

_____
A. Larry Chapman

_____
Carolyn B. Tiffany

_____
Matthews S. Dominski

_____
Scott D. Vogel

_____
John D. Griffith

instruments, applications, notes or certificates that may be required, (ii) the execution, delivery, performance under and filing (if applicable) of any of the foregoing, and (iii) the payment of all fees, consent payments, taxes and other expenses as any such Authorized Person, in his or her sole discretion, may approve or deem necessary, appropriate or desirable in order to carry out the intent and accomplish the purposes of the foregoing resolutions and the transactions contemplated thereby, all of such actions, executions, deliveries, filings and payments to be conclusive evidence of such approval or that such Authorized Person deemed the same to meet such standard; and be it further

**RESOLVED**, that any and all past actions heretofore taken by any Authorized Person in the name and on behalf of the Entity in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed and approved in all respects as the acts and deeds of the Entity.

**IN WITNESS WHEREOF**, the undersigned, being all the members of the Board of Directors of the Corporation, have executed this Action By Written Consent as of the date first above written, and it shall be filed with the minutes of the proceedings of the Board of Directors.

_____          _____
Charles B. Lebovitz                        Richard J. Lieb

_____          _____
Stephen D. Lebovitz                        Kathleen M. Nelson

_____          _____
A. Larry Chapman                          Carolyn B. Tiffany

_____          _____
Matthews S. Dominski                    Scott D. Vogel

_____
John D. Griffith

instruments, applications, notes or certificates that may be required, (ii) the execution, delivery, performance under and filing (if applicable) of any of the foregoing, and (iii) the payment of all fees, consent payments, taxes and other expenses as any such Authorized Person, in his or her sole discretion, may approve or deem necessary, appropriate or desirable in order to carry out the intent and accomplish the purposes of the foregoing resolutions and the transactions contemplated thereby, all of such actions, executions, deliveries, filings and payments to be conclusive evidence of such approval or that such Authorized Person deemed the same to meet such standard; and be it further

RESOLVED, that any and all past actions heretofore taken by any Authorized Person in the name and on behalf of the Entity in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed and approved in all respects as the acts and deeds of the Entity.

IN WITNESS WHEREOF, the undersigned, being all the members of the Board of Directors of the Corporation, have executed this Action By Written Consent as of the date first above written, and it shall be filed with the minutes of the proceedings of the Board of Directors.

_____
Charles B. Lebovitz

_Richard J. Lieb_
Richard J. Lieb

_____
Stephen D. Lebovitz

_____
Kathleen M. Nelson

_____
A. Larry Chapman

_____
Carolyn B. Tiffany

_____
Matthews S. Dominski

_____
Scott D. Vogel

_____
John D. Griffith

instruments, applications, notes or certificates that may be required, (ii) the execution, delivery, performance under and filing (if applicable) of any of the foregoing, and (iii) the payment of all fees, consent payments, taxes and other expenses as any such Authorized Person, in his or her sole discretion, may approve or deem necessary, appropriate or desirable in order to carry out the intent and accomplish the purposes of the foregoing resolutions and the transactions contemplated thereby, all of such actions, executions, deliveries, filings and payments to be conclusive evidence of such approval or that such Authorized Person deemed the same to meet such standard; and be it further

**RESOLVED**, that any and all past actions heretofore taken by any Authorized Person in the name and on behalf of the Entity in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed and approved in all respects as the acts and deeds of the Entity.

**IN WITNESS WHEREOF**, the undersigned, being all the members of the Board of Directors of the Corporation, have executed this Action By Written Consent as of the date first above written, and it shall be filed with the minutes of the proceedings of the Board of Directors.

| | |
|---|---|
| _____ | _____ |
| Charles B. Lebovitz | Richard J. Lieb |
| | |
| _____ | _____ |
| Stephen D. Lebovitz | Kathleen M. Nelson |
| | |
| _____ | _____ |
| A. Larry Chapman | Carolyn B. Tiffany |
| | |
| _____ | _____ |
| Matthews S. Dominski | Scott D. Vogel |
| | |
| _____ | |
| John D. Griffith | |

instruments, applications, notes or certificates that may be required, (ii) the execution, delivery, performance under and filing (if applicable) of any of the foregoing, and (iii) the payment of all fees, consent payments, taxes and other expenses as any such Authorized Person, in his or her sole discretion, may approve or deem necessary, appropriate or desirable in order to carry out the intent and accomplish the purposes of the foregoing resolutions and the transactions contemplated thereby, all of such actions, executions, deliveries, filings and payments to be conclusive evidence of such approval or that such Authorized Person deemed the same to meet such standard; and be it further

RESOLVED, that any and all past actions heretofore taken by any Authorized Person in the name and on behalf of the Entity in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed and approved in all respects as the acts and deeds of the Entity.

IN WITNESS WHEREOF, the undersigned, being all the members of the Board of Directors of the Corporation, have executed this Action By Written Consent as of the date first above written, and it shall be filed with the minutes of the proceedings of the Board of Directors.

_____
Charles B. Lebovitz

_____
Richard J. Lieb

_____
Stephen D. Lebovitz

_____
Kathleen M. Nelson

_____
A.  Larry Chapman

_____
Carolyn B. Tiffany

_____
Matthews S. Dominski

_____
Scott D. Vogel

_____
John D. Griffith

instruments, applications, notes or certificates that may be required, (ii) the execution, delivery, performance under and filing (if applicable) of any of the foregoing, and (iii) the payment of all fees, consent payments, taxes and other expenses as any such Authorized Person, in his or her sole discretion, may approve or deem necessary, appropriate or desirable in order to carry out the intent and accomplish the purposes of the foregoing resolutions and the transactions contemplated thereby, all of such actions, executions, deliveries, filings and payments to be conclusive evidence of such approval or that such Authorized Person deemed the same to meet such standard; and be it further

RESOLVED, that any and all past actions heretofore taken by any Authorized Person in the name and on behalf of the Entity in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed and approved in all respects as the acts and deeds of the Entity.

IN WITNESS WHEREOF, the undersigned, being all the members of the Board of Directors of the Corporation, have executed this Action By Written Consent as of the date first above written, and it shall be filed with the minutes of the proceedings of the Board of Directors.

_____
Charles B. Lebovitz

_____
Richard J. Lieb

_____
Stephen D. Lebovitz

_____
Kathleen M. Nelson

_____
A. Larry Chapman

_____
Carolyn B. Tiffany

_____
Matthews S. Dominski

_____
Scott D. Vogel

_____
John D. Griffith

**Fill in this information to identify the case:**

Debtor name:  Brookfield Square Anchor S, LLC

United States Bankruptcy Court for the Southern District of Texas
(State)

Case number (*If known*): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.[1]

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  Husch Blackwell LLP<br>Attn: Ron Feldman<br>P.O. Box 790379<br>St. Louis, Missouri 63179 | Attn.: Ron Feldman<br>Phone: (423) 266-5500<br>Email: remit@huschblackwell.com | Professional Services | | | | $4,039.90 |
| 2  Midwest Landscaping Company<br>Attn: Bridgette Bender<br>W297S9115 State Rd 83<br>Mukwonago, Wisconsin 53149 | Attn: Bridgette Bender<br>Phone: (262) 363-3970<br>Email: midwestlandscape@centurytel.net | Trade Payable | | | | $2,332.87 |
| 3  DJ's Lawn Sprinklers<br>Attn: Molly Poulick<br>W180 S7732 Pioneer Drive<br>Muskego, Wisconsin 53150 | Attn: Molly Poulick<br>Phone: (414) 546-6456<br>Email: molly@djslawnsprinklers.com | Trade Payable | | | | $2,300.00 |
| 4  City of Brookfield-Utilities<br>Attn: Customer Service<br>2000 N. Calhoun Road<br>Brookfield, Wisconsin 53005 | City of Brookfield-Utilities<br>Attn: Customer Service<br>Phone: (262) 782-9650<br>Facsimile: (262) 796-6671<br>Email: cityhall@brookfield.wi.us | Utility | | | | $819.39 |
| 5  Waste Mgmt. of Mich-Harrison<br>Attn: Customer Service<br>P.O. Box 4648<br>Carol Stream, Illinois 60197-4648 | Attn: Customer Service<br>Phone: (517) 539-9626<br>Email: WMEservice@wm.com | Trade Payable | | | | $335.54 |
| 6  We Energies<br>Attn: Customer Service<br>P.O. Box 90001<br>Milwaukee, Wisconsin 53290-0001 | We Energies<br>Attn: Customer Service<br>Phone: (800) 714-7777<br>Email: businesscenterlbc@we-energies.com | Utility | | | | $274.98 |
| 7  City of Brookfield<br>Attn: Customer Service<br>2000 N. Calhoun Road<br>Brookfield, Wisconsin 53005 | Attn: Customer Service<br>Phone: (262) 796-6695<br>Facsimile: (262) 796-6671<br>Email: cityhall@brookfield.wi.us | Trade Payable | | | | $230.00 |

[1]  The following is a list of creditors holding unsecured claims against the above-captioned debtor.  The list reflects amounts from the Debtor's books and records as of October 18, 2021.

WEIL:\98193548\5\32626.0004

Debtor    Brookfield Square Anchor S, LLC        Case number (if known)    21-_____ ( )

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| 8  N/A | | | | | | |
| 9  N/A | | | | | | |
| 10  N/A | | | | | | |
| 11  N/A | | | | | | |
| 12  N/A | | | | | | |
| 13  N/A | | | | | | |
| 14  N/A | | | | | | |
| 15  N/A | | | | | | |
| 16  N/A | | | | | | |
| 17  N/A | | | | | | |
| 18  N/A | | | | | | |
| 19  N/A | | | | | | |
| 20  N/A | | | | | | |

WEIL:\98193548\5\32626.0004

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

-------------------------------------------------------- §
§
In re § **Chapter 11**
§
**BROOKFIELD SQUARE ANCHOR S, LLC,** § **Case No. 21– _____ (     )**
§
Debtor. §
§
§
-------------------------------------------------------- §

## CONSOLIDATED CORPORATE OWNERSHIP STATEMENT
### PURSUANT TO FED. R. BANKR. P. 1007 AND 7007.1

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), attached hereto as **Exhibit A** is an organizational chart reflecting all of the ownership interests in CBL & Associates Limited Partnership (the "**Operating Partnership**") and its debtor and non-debtor subsidiaries[1].  Pursuant to Rule 1007(a)(3) of the Bankruptcy Rules, the organizational chart identifies all holders having an equity interest in the above-captioned debtor in possession.

As set forth on Exhibit A, CBL & Associates Properties, Inc. (the "**REIT**") owns 100% of the outstanding equity interests of CBL Holdings I, Inc. ("**Holdings I**") and CBL Holdings II, Inc. ("**Holdings II**").

Holdings I and Holdings II own approximately 1% and 96%, respectively, of the outstanding common units of the Operating Partnership.  The remaining approximately 3% of the outstanding common units, including three (3) series of special common units, issued by the Operating Partnership are held by various third parties.[2]

---

[1] Exhibit A does not reflect any inactive subsidiaries of CBL & Associates Properties, Inc.

[2] The Series S special common units are held by entities involved in the Monroeville Mall acquisition (0.77%).  The Series L special common units are held by one entity involved in the Laurel Park Mall acquisition (0.28%).  The Series K special common units are held by entities that were involved in the acquisition of the Copaken Portfolio (0.43%).

Holdings II owns 100% of the preferred units issued by the Operating Partnership.

Except as set forth in the following sentence, the Operating Partnership owns, either directly or indirectly, 100% of the outstanding equity interests in the remaining Debtors. The REIT owns (i) 0.1% of the equity interests in CoolSprings Crossing Limited Partnership and (ii) less than 0.05% of the equity interests in Henderson Square Limited Partnership; the Operating Partnership owns 65% of the indirect equity interests in the above-captioned debtor in possession.

WEIL:\98193548\5\32626.0004

## **Exhibit A**

**Organizational Chart**

# UPPER TIER OWNERSHIP & KEY

## Colors

- Owns Unencumbered Property
- Owns Property in Wells Fargo Borrowing Base
- Owns Property with Recourse Debt
- Owns Property with Non-recourse Debt

## Items

- Non-member Manager - - →
- Equity Ownership →
- **Property Name**
- Note
- Debtor D

## Shapes

- Third Party
- Non-JV Entity
- Joint Venture

## Abbreviations

CM—Chief Manager
GP—General Partner
MGP—Managing General Partner
MM—Managing Member

## Ownership

- CBL & Associates Limited Partnership →
- CBL & Associates Management, Inc. →
- Mortgage Holdings, LLC →

## Credit Facility

- Grantor G
- Issuer I
- Pledged Subsidiary S
- Pledgor P

## Bonds

- Guarantor U
- Issuer I
- Limited Guarantor L

## General Notes

1. Ownership assumed to be 100% unless otherwise noted.
2. Unless entity has only one member, ownership is assumed to be non-controlling unless otherwise noted.
3. CBL & Associates Management, Inc. owns various unencumbered parcels that have not been noted on this chart.
4. These charts exclude certain inactive subsidiaries of CBL & Associates Properties, Inc. that do not currently own assets or engage in business activity.





# CBL & ASSOCIATES LIMITED PARTNERSHIP SUBSIDIARIES



# CBL & ASSOCIATES LIMITED PARTNERSHIP
## SUBSIDIARIES

**CBL & Associates Limited Partnership (DE)**

D P I

**99.5%**

| D | D | D U S | D U G S |
|---|---|---|---|
| CBL/Sunrise Land, LLC (TX) | **Southaven Towne Center, LLC (MS)** | **CherryVale Mall, LLC (DE)** | Mayfaire GP, LLC (DE) |
| | **Southaven Towne Center—Wetlands** | **CherryVale Mall** | |

**99%**

**GP—0.5%**

**GP—1%**

| D | | D U I S |
|---|---|---|
| **CBL/Sunrise XS Land, L.P. (TX)** | | **Mayfaire Town Center, LP (DE)** |
| **Sunrise Mall—Excess Land** | | **Mayfaire Town Center** |

**99%**

**99.5%**

| D | D | D U G S |
|---|---|---|
| CBL/York, Inc. (PA) | CBL/Regency I, LLC (DE) | MDN/Laredo GP, LLC (DE) |

**GP—1%**

**CM—0.5%**

| D | D U I S |
|---|---|
| **York Galleria Limited Partnership (VA)** | **Mall del Norte, LLC (TX)** |
| • **York Galleria**<br>• **York Galleria—Sears Redevelopment** | • **Mall del Norte**<br>• **Mall del Norte—Mgmt GL Parcels** |

| D | D | D |
|---|---|---|
| **Southpark Mall-DSG, LLC (VA)** | **Volusia-OP Peripheral, LLC (FL)** | Ground Leased from Madison Joint Venture · **WI-Land Parcels, LLC (WI)** |
| **Southpark Mall—Dick's Sporting Goods** | **Volusia Mall—Restaurant Village** | **East Towne Mall— Outparcel** |

# CBL & ASSOCIATES LIMITED PARTNERSHIP SUBSIDIARIES



# CBL & ASSOCIATES LIMITED PARTNERSHIP
## SUBSIDIARIES



CBL &
Associates
Limited
Partnership (DE)

**D**
**P**
**I**

**D** **U** **S**
CBL/Kirkwood
Mall, LLC (DE)

**D**
CBL/Gulf
Coast, LLC (FL)

**D**
North Charleston
Joint Venture
II, LLC (DE)

**D**
Asheville, LLC (NC)

**D** **U** **G**
Kirkwood Mall
Mezz LLC (DE)

**D**
**JG Gulf Coast
Town Center
LLC (OH)**
**Gulf Coast Town
Center—Phase III—Land**

**Asheville Mall
CMBS, LLC (DE)**
**Asheville Mall**

**CM**

**D** **U** **I**
**Kirkwood Mall
Acquisition LLC (DE)**
**Kirkwood Mall**

**CM**

**D**
**GCTC Peripheral
IV, LLC (FL)**
**Gulf Coast Town
Center—Peripheral IV—
Land**

**Northwoods Mall
CMBS, LLC (DE)**
**Northwoods Mall**

**CM**

**D**
**Alamance
Crossing, LLC (NC)**
**Alamance Crossing—OPs**

**D**
**Mid Rivers
Land LLC (DE)**
**Mid Rivers Mall—Vacant
Parcel**

**D**
**Jefferson Mall
Company II, LLC (DE)**
**Jefferson Mall—Self
Development**

**D**
**TX-Land Parcels,
LLC (TX)**
• **Mall del Norte TX
  Outparcel**
• **Pearland Town
  Center—Outparcel TX
  Land LLC**

**Alamance Crossing
CMBS, LLC (DE)**
**Alamance Crossing—East**

**CM**

**D**
**Mid Rivers Mall
CMBS, LLC (DE)**
**Mid Rivers Mall**

**Jefferson Mall
CMBS, LLC (DE)**
**Jefferson Mall**

**CM**



# CBL & ASSOCIATES LIMITED PARTNERSHIP SUBSIDIARIES

# CBL & ASSOCIATES LIMITED PARTNERSHIP SUBSIDIARIES



# CBL & ASSOCIATES LIMITED PARTNERSHIP
## SUBSIDIARIES



# MADISON JOINT VENTURE, LLC & CBL/J I, LLC SUBSIDIARIES



# CBL/J II, LLC & MORTGAGE HOLDINGS, LLC
## SUBSIDIARIES



# MORTGAGE HOLDINGS, LLC
## SUBSIDIARIES



# MULTI-GP HOLDINGS, LLC
## SUBSIDIARIES



**Supplemental Key for this Chart only**

Multi-GP Holdings, LLC ⟶

CW Joint Venture, LLC ⟶





# CBL & ASSOCIATES MANAGEMENT, INC. SUBSIDIARIES

# CBL & ASSOCIATES MANAGEMENT, INC.
## SUBSIDIARIES









Case 21-90014 Document 1 Filed in TXSB on 10/18/21 Page 45 of 57

# CBL & ASSOCIATES LIMITED PARTNERSHIP
## 3RD PARTY

# CBL & ASSOCIATES MANAGEMENT, INC.

## 3rd PARTY





# CBL & ASSOCIATES MANAGEMENT, INC.

3RD PARTY

# CBL & ASSOCIATES MANAGEMENT, INC.
## 3RD PARTY



# CBL/T-C, LLC
### 3RD PARTY





# MISCELLANEOUS 3RD PARTY

# MISCELLANEOUS
## 3RD PARTY





**Supplemental Key for this Chart only**

CBL Gettysburg Member, LLC ⟶

Pleasant Lake-Skoien Investments, LLC ⟶





# MISCELLANEOUS 3RD PARTY

**Supplemental Key for this Chart only**

Montgomery Partners, L.P. ⟶

Cafaro Governor's Square Partnership ⟶

CBL & Associates Limited Partnership (DE)

CBL & Associates Management, Inc. (DE)

CBL/GP VI, Inc. (TN)

CBL/Kentucky Oaks, LLC (DE)

Anthony M. Cafaro, Trustee of the Revocable Family Trust

99%

GP—1%

50%

GP—10%

Montgomery Partners, L.P. (TN)

The Marion Plaza, Inc. (DE)

William A. Cafaro, Anthony M. Cafaro, Jr., Mark J. Beck, Co-Trustees of the Anthony M. Cafaro Irrevocable Trust

47.5%     50%

Donald J. DeSalvo

Cafaro Governor's Square Partnership (OH)

MGP—47.5%   MGP—50%

MGP—30%   GP—10%

5%

**Governor's Square Company (OH)**

**Governor's Square**

**Governor's Square Company IB (OH)**

**Governor's Square Plaza**

**Kentucky Oaks Mall Company (OH)**

**Kentucky Oaks Mall**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **BROOKFIELD SQUARE ANCHOR S, LLC,** | § | **Case No. 21– _____ (     )** |
| | § | |
| | § | |
| **Debtor.** | § | |

### LIST OF EQUITY HOLDERS PURSUANT TO FED. R. BANKR. P. 1007(a)(3)[1]

Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, the following identifies all holders having a direct ownership interest of the above-captioned debtor in possession.

Check applicable box:

☐　There are no equity security holders or corporations that directly or indirectly own 10% or more of any class of the debtor's equity interest.

☒　The following are the debtor's equity security holders (list holders of each class, showing the number and kind of interests registered in the name of each holder, and the last known address or place of business of each holder):

| Name and Last Known Address of Equity Interest Holder | Kind/Class of Interest | Number of Interests Held |
|---|---|---|
| CBL & Associates Limited Partnership 2030 Hamilton Place Blvd. CBL Center, Suite 500 Chattanooga, TN 37421 | Membership Interest | 100% |

---

[1]　This list serves as the required disclosure by the Debtor pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure.

**Fill in this information to identify the case:**

Debtor name: <u>Brookfield Square Anchor S, LLC</u>

United States Bankruptcy Court for the <u>Southern District of Texas</u>
<div style="text-align:center">(State)</div>

Case number (*If known*): _____

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING – Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐ Schedule H: Codebtors (Official Form 206H)

☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended Schedule ____

☑ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☑ Other document that requires a declaration <u>Consolidated Corporate Ownership Statement and List of Equity Holders</u>

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  <u>October 18, 2021</u>
MM / DD /YYYY

**✗** <u>/s/ Jeffery V. Curry</u>
Signature of individual signing on behalf of debtor

<u>Jeffery V. Curry</u>
Printed name

<u>Chief Legal Officer and Secretary</u>
Position or relationship to debtor

WEIL:\98193548\5\32626.0004